No. 92–7241. DEMOS *v.* WASHINGTON. C. A. 9th Cir.; and
No. 92–7242. DEMOS *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until March 29, 1993, within which to pay the docketing fees required by Rule 38(a) and to

submit petitions in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petitions for writs of certiorari.